# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**FIZZI MEX, LLC,** d/b/a
**THINK + FEEL CONTEMPORARY,**
a Delaware Limited Liability Company, and
**SILVIA LATTOVA,** an individual,
Appellants,

v.

**GRACE ARTS CENTER, INC.,**
a Florida Not For Profit Corporation,
Appellee.

No. 4D2022-3355

[February 1, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey Levenson, Judge; L.T. Case No. CACE20-002714.

Ira Marcus and Sloan A. Carr of Ira Marcus, P.A., Fort Lauderdale, for appellants.

Laura M. Reich and Clarissa A. Rodriguez of Harper Meyer, LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***